**John L. DRIVER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52314.**

Missouri Court of Appeals,
Western District.

Nov. 19, 1996.

Jeannie Arterburn, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

PER CURIAM.

The defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. Affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Forrest ROUDEBUSH, Appellant.**

**No. WD 52095.**

Missouri Court of Appeals,
Western District.

Submitted Sept. 4, 1996.

Decided Nov. 19, 1996.

Kevin L. Jamison, Kansas City, for appellant.

Wayne M. Elliott, Prosecuting Attorney, Clinton County, Plattsburg, for respondent.

Before SPINDEN, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Forrest Roudebush appeals his conviction of guilt of assault in the third degree (§ 565.070, RSMo 1994), for which he was sentenced to 10 days in jail.

Roudebush challenges the sufficiency of the evidence. After careful review of the evidence, this court determines that there was sufficient evidence from which the trial court could find Roudebush guilty.

The judgment is affirmed. The decision is without precedential value. A memorandum has been furnished to the parties as to the reasons for the decision.

Rule 30.25(b).